Case 1:19-cv-04680-NGG-SJB   Document 8   Filed 11/05/19   Page 1 of 2 PageID #: 49
Case 1:19-cv-04680-NGG-SJB   Document 7   Filed 11/01/19   Page 1 of 2 PageID #: 47

D/F



RD 11-5-19

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

NOV - 5 2019

| | |
|---|---|
| MARY CONNER, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>– against –<br><br>ANGI HOMESERVICES, INC., HOMEADVISOR, INC., and IAC/INTERACTIVECORP,<br><br>Defendants. | ECF Case<br><br>1:19-cv-4680-NGG-SJB<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Mary Conner and defendants ANGI Homeservices, Inc., Homeadvisor, Inc., and IAC/Interactivecorp (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

ACTIVE\53784909.v1

be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: Scarsdale, New York
November 1, 2019

| SHAKED LAW GROUP, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Dan Shaked | By: /s/ Chris Donati |
| Dan Shaked, Esq. | Christopher L. Donati, Esq. |
| 14 Harwood Court, Suite 415 | 1251 Avenue of the Americas, Fl. 21 |
| Scarsdale, NY 10583 | New York, NY 10020-1104 |
| Telephone: (917) 373-9128 | Telephone: (212) 603-6422 |
| Email: shakedlawgroup@gmail.com | Email: chrisdonati@dwt.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:** s/Nicholas G. Garaufis

11/4/19

ACTIVE\53784909.v1